# EXHIBIT A

Please click the ⊕ / ⊖ buttons to the left of the results to expand/collapse case details

| Case # | Case Style | | Judge | Status | Filing | Disp. Date | Disp. Stage | Disp. Code | Case Type(s) |
|---|---|---|---|---|---|---|---|---|---|
| 25CV01110 | TIFFANY REGINA RINGER VS BANK OF AMERICA, N.A. | | LAUREN WALLACE | OP | 5/23/2025 | | | | REAL PROPERTY |

**Parties**

| Name | | Party Type | Service Date | Service Type | Answer Date |
|---|---|---|---|---|---|
| RINGER , TIFFANY REGINA | | PLAINTIFF | | | |
| BANK OF AMERICA, N.A. , | | DEFENDANT | | | |

**Proceedings/Events**

| Date | Court Date | Type | Image |
|---|---|---|---|
| 5/23/2025 | | VERIFIED PETITION FOR QUIET TITLE | View |
| 6/3/2025 | | MOTION APPOINT PROCESS SERVER | View |
| 6/5/2025 | | AFFIDAVIT OF PROCESS SERVER | View |
| 6/5/2025 | | AFFIDAVIT OF PROCESS SERVER | View |
| 6/5/2025 | | MOTION APPOINT PROCESS SERVER | View |
| 6/5/2025 | | PROPOSED ORDER - APPOINTING PROCESS SERVERS | View |
| 6/11/2025 | | RETURNED TO CLERKS' OFFICE - ORDER APPOINTING PROCESS SERVERS | No Image |
| 6/12/2025 | | ORDER APPOINTING PROCESS SERVER | View |
| 6/23/2025 | | AFFIDAVIT OF SERVICE | View |

IN THE SUPERIOR COURT FOR THE STATE OF GEORGIA

IN AND FOR THE COUNTY OF DOUGLAS

TIFFANY REGINA RINGER,

Petitioner,

v.

BANK OF AMERICA, N.A.,

Defendant.

Case No: _____25CV01110_____

VERIFIED PETITION FOR QUIET TITLE

JURISDICTIONAL STATEMENT

Jurisdiction requires explicit waiver via written contract (Statutes at Large 14 Stat. 27). No implied consent exists. Cite Article III and 9th/10th Amendments. This action arises in equity to determine and settle title to certain real property located in Douglas County, Georgia. Venue is proper in this Court because the subject property lies within this jurisdiction.

INTRODUCTION

1. Petitioner, Tiffany Regina Ringer, brings this Verified Petition for Quiet Title against Bank of America, N.A. due to the unresolved and unacknowledged financial instruments and notices related to her interest in the subject property. Petitioner asserts that proper lawful tender and demand instruments were provided and dishonored, and no evidence of lawful assignment exists in the county property records.

2. Petitioner transmitted a series of good faith instruments and commercial notices based on lawful money provisions, tendering obligations in compliance with the doctrine of accord and satisfaction under UCC 3-311. These included money orders with explicit restrictive endorsements and verbiage that the Defendant failed to rebut or cure.

3. Petitioner now seeks to remove the cloud created by Bank of America's failure to recognize or address the properly executed financial instruments and notices, which effectively discharged the alleged debt in full and rendered their claim against the property void.

## FACTS & LAW

4. On December 4, 2024, Petitioner issued a Statement of Account to Bank of America concerning the property and its associated financial obligations. This document was ignored, and no rebuttal or response was received.

5. On January 6, 2025, Petitioner issued a Request for Notarial Presentment and a Notice of Breach, evidencing a lawful attempt to present the obligation and provide a remedy opportunity. Defendant failed to cure or respond.

6. On January 28, 2025, a Notice of Protest and Opportunity to Cure was issued, and again Defendant remained silent. Silence in the face of commercial presentment is admission, estopping Bank of America from later contesting said instruments.

7. On February 10, 2025, Petitioner executed and submitted a Certificate of Dishonor, evidencing that Defendant refused all presentments. Pursuant to principles of estoppel and dishonor by non-response, Petitioner claims satisfaction of the alleged debt.

8. Petitioner tendered the following money orders: dated November 14, 2024; January 6, 2025; and February 10, 2025. Each bore restrictive language consistent with UCC § 3-311, referencing accord and satisfaction. These instruments were negotiated, cashed, or otherwise processed, creating an estoppel under commercial law.

9. Petitioner conducted a title examination of Douglas County records, and there is no evidence of a proper assignment or recorded interest that would establish Bank of America as a lawful holder or beneficiary of any mortgage or deed of trust concerning the subject property.

10. Under universal commercial principles and Statutes at Large, once a debt is settled using lawful tender-especially when accepted-no further claim may be made on that obligation. The record shows Defendant accepted said tender without protest, creating an accord.

## STATEMENT OF CLAIM

11. Petitioner claims that she holds equitable and legal title to the subject property free and clear of any claim by Bank of America, N.A., and seeks judicial confirmation of this fact.

12. Petitioner requests the Court to extinguish any and all adverse claims by Bank of America based on the following grounds:

- Failure to rebut a verified statement of account and notices.

- Dishonor of tender and refusal to cure breach.

- Commercial estoppel under accord and satisfaction.

- Absence of recorded assignment in the county records.

13. Petitioner has exhausted all administrative and commercial avenues for remedy, and no lawful rebuttal has been provided by Defendant to the instruments or notices issued.

14. Therefore, Petitioner seeks a decree quieting title in her name exclusively, and for all references to Bank of America's purported interest to be declared null, void, and of no legal effect.

---

CONDITIONAL FINALIZATION

15. It is a well-established doctrine under statutory equity that when one party tenders payment with full satisfaction terms and that payment is accepted, any attempt to demand further performance constitutes breach of accord. The documents tendered by Petitioner satisfied the requirements under UCC 3-311 and Article I, Section 10 of the U.S. Constitution regarding lawful money and tender.

16. The use of lawful money orders with restrictive language establishes both intent and fulfillment of obligation. When Defendant chose to process those instruments, it legally agreed to the conditions imposed, whether or not those conditions were read. Ignorance of notice is not a defense in commercial equity.

17. All communications were executed in good faith and transmitted via methods that allowed for verification of delivery. No rebuttal, cure, or claim of mistake was ever submitted by Bank of America, nor was a timely response made under any commercial statute or common law principle.

18. Petitioner asserts that any future claims made by Defendant must be deemed res judicata and barred under principles of estoppel by acquiescence, estoppel by silence, and constructive fraud by omission.

19. The Douglas County property records were searched, and there exists no lawful, certified, or notarized assignment of interest or mortgage right to Bank of America, violating statutory recording requirements.

20. The lack of a lawful recorded assignment voids any claim Bank of America might assert under color of title. Under Georgia real estate law, only recorded interests may affect title, and silent or non-recorded claims are void as against a proper holder in due course.

21. Petitioner seeks declaratory relief that the instruments and notarial records shall be admitted into evidence as unrebutted, binding instruments executed in the ordinary course of commerce and equity.

22. Pursuant to Statutes at Large and universal commercial principle, a certified Certificate of Dishonor is legally equivalent to a judgment for enforcement purposes and must be treated as conclusive evidence of default and abandonment of claim by the opposing party.

---

CERTIFICATION

Certified under Statutes at Large and Universal Law, this _23_ day of May 2025.

_[signature]_

Tiffany Regina Ringer, Petitioner

ORIGINAL

FILED
6/5/2025 02:24 PM
Annetta D. Stembridge, Clerk
Superior & State Court
Douglas County, GA
25CV01110

IN THE SUPERIOR COURT OF DOUGLAS COUNTY

STATE OF GEORGIA

FILED

JUN 12 2025

Annetta D. Stembridge, Clerk
Superior & State Court
Douglas County, GA

TIFFANY REGINA RINGER,

Petitioner,

v.

BANK OF AMERICA, N.A.,

Defendant.

CIVIL ACTION FILE NO.: 25CV01110

ORDER APPOINTING PROCESS SERVERS

The Court having reviewed the Motion of Petitioner to appoint private process servers, and for good cause shown, it is hereby ORDERED that:

Kim Bunch, CPS #493, and David E. Derricho, Jr., CPS #330, of M.O.M. Process Service, LLC, are appointed as special process servers in the above-styled matter and are authorized to serve process upon the Defendant in accordance with Georgia law.

SO ORDERED, this 10th day of June, 2025.

*Lauren Wallace*

Hon. Lauren Wallace

Judge, Superior Court of Douglas County

Case 1:25-cv-03959-SEG   Document 1-1   Filed 07/17/25   Page 8 of 18

FILED
6/3/2025 7:30 PM
Annetta D. Stembridge, Clerk
Superior & State Court
Douglas County, GA
25CV01110

IN THE SUPERIOR COURT OF DOUGLAS COUNTY

STATE OF GEORGIA

TIFFANY REGINA RINGER,

Petitioner,

v.

BANK OF AMERICA, N.A.,

Defendant.

CIVIL ACTION FILE NO.: 25CV01110

MOTION TO APPOINT PROCESS SERVER

_____

COMES NOW, the Petitioner, Tiffany Regina Ringer, in the above-styled action, and respectfully moves this Court to appoint private process servers pursuant to O.C.G.A. § 9-11-4(c) to serve the Defendant, Bank of America, N.A.

Petitioner states that service is to be made upon the registered agent of the Defendant, to wit:

C T Corporation System

289 S Culver St

Lawrenceville, GA 30046-4805

Petitioner requests that the Court appoint the following individuals as special process servers authorized to effectuate service of process in this matter:

1. Kim Bunch, CPS #493, M.O.M. Process Service, LLC, 100 Postmaster Drive, #2917, McDonough, GA 30253

2. David E. Derricho, Jr., CPS #330, M.O.M. Process Service, LLC, 100 Postmaster Drive, #2917, McDonough, GA 30253

25CV01110

WHEREFORE, Petitioner respectfully requests that this Court grant this Motion and enter the attached Order appointing the designated individuals to serve process upon the Defendant.


Respectfully submitted,

_____
Tiffany Regina Ringer, Petitioner

FILED
6/5/2025 1:24 PM
Annetta D. Stembridge, Clerk
Superior & State Court
Douglas County, GA
25CV01110

IN THE SUPERIOR COURT OF DOUGLAS COUNTY
STATE OF GEORGIA

| | |
|---|---|
| TIFFANY REGINA RINGER, ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION FILE NO.: |
| ) | 25cv01110 |
| v. ) | |
| ) | |
| BANK OF AMERICA, N.A., ) | |
| Defendant. ) | |

## AFFIDAVIT OF PROCESS SERVER

**COMES NOW DAVID E. DERRICHO, JR.** before the undersigned officer duly authorized to administer oaths and, after being duly sworn on oath deposes and states that I am a citizen of the United States, over the age of eighteen (18), not a convicted felon, not a party in the suit, not a relative to any party in the suit, and is a party having no interest in the outcome of the above-styled case.

I certify under penalty of perjury that the foregoing is true and correct.

_____
DAVID E. DERRICHO, JR.
CPS #330

Sworn to and subscribed before me on this
2nd day of June, 2025, by the
Affiant who is personally known to me or has
shown acceptable identification.

M.O.M. Process Service, LLC
100 Postmaster Drive, #2917
McDonough, GA 30253
(770) 240-0018

_____
Notary Public
My commission expires: 1/24/2029



FILED
6/5/2025 1:24 PM
Annetta D. Stembridge, Clerk
Superior & State Court
Douglas County, GA
25CV01110

IN THE SUPERIOR COURT OF DOUGLAS COUNTY
STATE OF GEORGIA

| | |
|---|---|
| TIFFANY REGINA RINGER,<br>Petitioner,<br><br>v.<br><br>BANK OF AMERICA, N.A.,<br>Defendant. | )<br>)<br>) CIVIL ACTION FILE NO.:<br>) 25cv01110<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF PROCESS SERVER

**COMES NOW KIM BUNCH** before the undersigned officer duly authorized to administer oaths and, after being duly sworn on oath deposes and states that I am a citizen of the United States, over the age of eighteen (18), not a convicted felon, not a party in the suit, not a relative to any party in the suit, and is a party having no interest in the outcome of the above-styled case.

I certify under penalty of perjury that the foregoing is true and correct.

KIM BUNCH
CPS #493

M.O.M. PROCESS SERVICE, LLC
100 Postmaster Drive, #2917
McDonough, GA 30253
(770) 240-0018

Sworn to and subscribed before me on this 2nd day of June, 2025, by the Affiant who is personally known to me or has shown acceptable identification.

Notary Public
My commission expires: 4-5-2027

FILED
6/5/2025 1:24 PM
Annetta D. Stembridge, Clerk
Superior & State Court
Douglas County, GA
25CV01110

IN THE SUPERIOR COURT OF DOUGLAS COUNTY

STATE OF GEORGIA

TIFFANY REGINA RINGER,

Petitioner,

v.

BANK OF AMERICA, N.A.,

Defendant.

CIVIL ACTION FILE NO.: 25CV01110

MOTION TO APPOINT PROCESS SERVER

_____

COMES NOW, the Petitioner, Tiffany Regina Ringer, in the above-styled action, and respectfully moves this Court to appoint private process servers pursuant to O.C.G.A. § 9-11-4(c) to serve the Defendant, Bank of America, N.A.

Petitioner states that service is to be made upon the registered agent of the Defendant, to wit:

C T Corporation System

289 S Culver St

Lawrenceville, GA 30046-4805

Petitioner requests that the Court appoint the following individuals as special process servers authorized to effectuate service of process in this matter:

1. Kim Bunch, CPS #493, M.O.M. Process Service, LLC, 100 Postmaster Drive, #2917, McDonough, GA 30253

2. David E. Derricho, Jr., CPS #330, M.O.M. Process Service, LLC, 100 Postmaster Drive, #2917, McDonough, GA 30253

25CV01110

WHEREFORE, Petitioner respectfully requests that this Court grant this Motion and enter the attached Order appointing the designated individuals to serve process upon the Defendant.


Respectfully submitted,

_[signature]_
Tiffany Regina Ringer, Petitioner

FILED
6/5/2025 1:24 PM
Annetta D. Stembridge, Clerk
Superior & State Court
Douglas County, GA
25CV01110

IN THE SUPERIOR COURT OF DOUGLAS COUNTY

STATE OF GEORGIA

TIFFANY REGINA RINGER,

Petitioner,

v.

BANK OF AMERICA, N.A.,

Defendant.

CIVIL ACTION FILE NO.: 25CV01110

ORDER APPOINTING PROCESS SERVERS

_____

The Court having reviewed the Motion of Petitioner to appoint private process servers, and for good cause shown, it is hereby ORDERED that:

Kim Bunch, CPS #493, and David E. Derricho, Jr., CPS #330, of M.O.M. Process Service, LLC, are appointed as special process servers in the above-styled matter and are authorized to serve process upon the Defendant in accordance with Georgia law.

SO ORDERED, this _____ day of _____, 2025.

_____

Hon. Lauren Wallace

Judge, Superior Court of Douglas County



**ORIGINAL**

IN THE SUPERIOR COURT OF DOUGLAS COUNTY

STATE OF GEORGIA

TIFFANY REGINA RINGER,

Petitioner,

v.

BANK OF AMERICA, N.A.,

Defendant.

**FILED**

**JUN 1 2 2025**

Annetta D. Stembridge, Clerk
Superior & State Court
Douglas County, GA

CIVIL ACTION FILE NO.: 25CV01110

ORDER APPOINTING PROCESS SERVERS

---

The Court having reviewed the Motion of Petitioner to appoint private process servers, and for good cause shown, it is hereby ORDERED that:

Kim Bunch, CPS #493, and David E. Derricho, Jr., CPS #330, of M.O.M. Process Service, LLC, are appointed as special process servers in the above-styled matter and are authorized to serve process upon the Defendant in accordance with Georgia law.

SO ORDERED, this 10th day of June, 2025.

*Lauren Wallace*

Hon. Lauren Wallace

Judge, Superior Court of Douglas County

FILED
6/23/2025 9:39 AM
Annetta D. Stembridge, Clerk
Superior & State Court
Douglas County, GA
25CV01110

# IN THE SUPERIOR COURT OF DOUGLAS COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| TIFFANY REGINA RINGER, ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION FILE NO.: |
| ) | 25cv01110 |
| v. ) | |
| ) | |
| BANK OF AMERICA, N.A., ) | |
| Defendant. ) | |
| ) | |

## AFFIDAVIT OF SERVICE

**COMES NOW KIM BUNCH** before the undersigned officer duly authorized to administer oaths and, after being duly sworn on oath deposes and states that I have been specially appointed to serve papers out of this Court for the above-styled case. I am a citizen of the United States, over the age of eighteen (18), and is a party having no interest in the outcome of this matter. I have personal knowledge of the facts stated herein and know them to be true, states that on **Tuesday, June 17th at 9:02 AM**, I served **Bank of America via Corporate Service** upon its Registered Agent, **CT Corporation System** by personally serving **Jane Richardson** who is authorized to accept paperwork on behalf of the company at the property located at **289 S Culver Street, Lawrenceville, GA 30046** with the following documents:

- Verified Petition for Quiet Title
- Order Appointing Process Servers

Description of Person Served:

Sex: **Female** – Skin: **White** – Hair: **Gray** – Age: **70** – Height: **5'9**– Weight: **220lbs** – Glasses**: N**

I certify under penalty of perjury that the foregoing is true and correct.

*[signature]*

KIM BUNCH
CPS #493

Sworn to and subscribed before me on this \_\_22nd\_\_ day of \_\_June\_\_, 2025, by the Affiant who is personally known to me or has shown acceptable identification.

*[signature]*

Notary Public
My commission expires:

*[Notary seal: SIMONE A. JUHMI, Notary Public, Henry County, Georgia, My Commission Expires October 18, 2027]*

M.O.M. PROCESS SERVICE, LLC
100 Postmaster Drive, #2917
McDonough, GA 30253
(770) 240-0018



IN THE SUPERIOR COURT OF DOUGLAS COUNTY

STATE OF GEORGIA

TIFFANY REGINA RINGER,

Petitioner,

v.

BANK OF AMERICA, N.A.,

Defendant.

CIVIL ACTION FILE NO.: 25CV01110

ORDER APPOINTING PROCESS SERVERS

FILED

JUN 1 2 2025

Annetta D. Stembridge, Clerk
Superior & State Court
Douglas County, GA

The Court having reviewed the Motion of Petitioner to appoint private process servers, and for good cause shown, it is hereby ORDERED that:

Kim Bunch, CPS #493, and David E. Derricho, Jr., CPS #330, of M.O.M. Process Service, LLC, are appointed as special process servers in the above-styled matter and are authorized to serve process upon the Defendant in accordance with Georgia law.

SO ORDERED, this 10th day of June, 2025.

*Lauren Wallace*

Hon. Lauren Wallace

Judge, Superior Court of Douglas County