IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| TIFFANY REGINA RINGER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| v. | ) | 1:25-cv-03959-SEG-JSA |
| | ) | |
| BANK OF AMERICA, N.A., | ) | Removed from Douglas Superior |
| | ) | Case No. 25CV01110 |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Bank of America, N.A. ("BANA" or "Defendant") hereby files this Motion to Dismiss the Complaint (the "Complaint") of Plaintiff Tiffany Regina Ringer ("Plaintiff").

In support of its Motion to Dismiss, BANA files the attached memorandum of law citing supporting legal authorities.

WHEREFORE, Defendant Bank of America, N.A. respectfully requests that this Court grant its Motion to Dismiss and:

1. DISMISS Plaintiff's Complaint WITH PREJUDICE pursuant to Fed. R. Civ. P. 12(b)(6); and
2. Grant such other relief as this Court deems just and proper.

This 17th day of July, 2025.

*/s/ Danny D. Patterson, Jr.*
Danny D. Patterson, Jr.
Georgia Bar No. 941731
McGuireWoods LLP
1075 Peachtree Street, N.E.
35th Floor
Atlanta, Georgia 30309-3900
(404) 443-5655 (Telephone)
dpatterson@mcguirewoods.com
*Attorney for Defendant Bank of America, N.A.*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| TIFFANY REGINA RINGER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| v. | ) | 1:25-cv-03959-SEG-JSA |
| | ) | |
| BANK OF AMERICA, N.A., | ) | Removed from Douglas Superior |
| | ) | Case No. 25CV01110 |
| | ) | |
| Defendant. | ) | |
| | ) | |

**CERTIFICATE OF SERVICE, FONT AND MARGINS**

I hereby certify that on July 17, 2025, I electronically filed the foregoing ***DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT*** and its attachments with the Clerk of the Court using the CM/ECF System and served a true and correct copy of same on Plaintiff via first-class U.S. mail, postage prepaid and properly addressed as follows:

Tiffany Regina Ringer
2598 Grayton Loop
Villa Rica, GA 30180-6702

I further certify that I prepared this document in 14-point Times New Roman font and complied with the margin and type requirements of this Court.

/s/ *Danny D. Patterson, Jr.*
*Attorney for Defendant Bank of America, N.A.*