FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG 0 8 2025

KEVIN P. WEIMER, Clerk
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TIFFANY REGINA RINGER,
Plaintiff,

v.

BANK OF AMERICA, N.A.,
Defendant.

Civil Action File No.: 1:25-cv-03959-SEG-JSA

## MOTION TO REMAND TO STATE COURT

COMES NOW, Tiffany Regina Ringer, Plaintiff in the above-captioned matter, and respectfully files this Motion to Remand the case back to the Superior Court of Douglas County, State of Georgia, pursuant to 28 U.S.C. § 1447(c), and shows this Honorable Court the following:

1. The original action is a Verified Petition to Quiet Title under Georgia law and does not raise any federal question.

2. No basis for federal jurisdiction exists under 28 U.S.C. § 1331 or § 1332.

3. Defendant failed to establish complete diversity and has not proven the amount in controversy exceeds $75,000. Plaintiff's Verified Petition to Quiet

Title did not demand a specific sum, and Defendant's Notice of Removal and subsequent filings contain only conclusory statements about property value or loan amount without attaching any appraisal, tax record, payoff statement, or other competent evidence. Under 28 U.S.C. § 1446(c)(2), the removing party bears the burden of proving the amount in controversy by a preponderance of the evidence, which Defendant has not met.

4. This matter concerns real property located entirely within Georgia and is properly adjudicated in state court.

5. For these reasons, Plaintiff respectfully requests that the Court remand this case to the Superior Court of Douglas County, Georgia, and award just costs and expenses pursuant to 28 U.S.C. § 1447(c).

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned certifies that this motion has been prepared in Times New Roman, 14-point font, and complies with the font and formatting requirements of Local Rule 5.1(C).

## CERTIFICATE OF SERVICE

I hereby certify that on this __7__ day of _August_, 2025, I served a true and correct copy of the foregoing Motion to Remand to State Court by depositing it in the United States Mail, with sufficient postage prepaid, addressed to:

Danny D. Patterson, Jr.

McGuireWoods LLP

201 Peachtree Street, N.E., Suite 1800

Atlanta, GA 30303-1779

Counsel for Defendant Bank of America, N.A.

Respectfully submitted this __7__ day of _August_, 2025.

_/s/ Tiffany Ringer_

Tiffany Regina Ringer

Plaintiff, Pro Se

2598 Grayton Loop

Villa Rica, GA 30180

FROM: Tiffany Kinger
2598 Grayton Loop
Villa Rica, GA. 30180

TO:
Richard B. Russell Federal Building
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

EXPECTED DELIVERY DAY: 08/09/25

SHIP TO:
75 TED TURNER DR SW
ATLANTA GA 30303-3315

USPS TRACKING® #
9505 5111 5157 5219 9082 34

0 Lb 2.00 Oz
RDC 03
C039





PS00001000014
EP14F July 2019
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®