IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIFFANY REGINA RINGER, ) | |
| ) | |
| Plaintiff, ) | Civil Action File No. |
| v. ) | 1:25-cv-03959-SEG-JSA |
| ) | |
| BANK OF AMERICA, N.A., ) | Removed from Douglas Superior |
| ) | Case No. 25CV01110 |
| ) | |
| Defendant. ) | |
| ) | |

**MCGUIREWOODS LLP'S RESPONSE TO ORDER AND NON-FINAL REPORT AND RECOMMENDATIONS ON ISSUE OF ATTORNEY DISCIPLINE**

McGuireWoods LLP respectfully submits this response to the Court's Order dated December 4, 2025 [Doc. 14].

McGuireWoods takes full responsibility for the errors that were in the original briefs submitted to the Court in support of Defendant's Motion to Dismiss in this case, and all other court filings in every case in which the firm's lawyers are involved. It is our responsibility to ensure that factual and legal statements in filings from our attorneys are accurate. In this instance, we failed to meet our obligations – to the Court, the Plaintiff, to our client, and to the standard to which we hold ourselves as a law firm. This is unacceptable. We deeply regret it.

1

The sworn declaration of J. Tracy Walker IV, managing partner of McGuireWoods LLP, is attached as Exhibit A. In that declaration, Mr. Walker responds on behalf of the firm to the questions the Court identified in its Order: "what training, oversight, procedures and resources it provides to or requires of individual lawyers, or will provide and require going forward, to reasonably ensure accurate factual and legal citations in submissions to the Court, and any other matters that the Firm wishes to explain." [Dkt. 14 at 10].

This matter has the full attention of our firm's leadership, and we are taking action to ensure the circumstances that resulted in the factual and legal citations errors in this case are not repeated. We are committing all resources necessary to prevent any recurrence.

Respectfully submitted this 23rd day of December, 2025.

                                 **MCGUIREWOODS LLP**

                                 /s/ *Ryan K. Buchanan*
                                 Ryan K. Buchanan
                                 Atlanta Managing Partner
                                 Georgia Bar No. 623388
                                 MCGUIREWOODS LLP
                                 1075 Peachtree Street, NE
                                 35th Floor
                                 Atlanta, Georgia 30309-3900
                                 (404) 443-5733 (Telephone)
                                 rbuchanan@mcguirewoods.com

## CERTIFICATE OF SERVICE, FONT AND MARGINS

I hereby certify that on December 23rd, 2025, I electronically filed the foregoing ***MCGUIREWOODS LLP'S RESPONSE TO ORDER AND NON-FINAL REPORT AND RECOMMENDATIONS ON ISSUE OF ATTORNEY DISCIPLINE*** and its attachment with the Clerk of the Court using the CM/ECF System which served a copy of the same on all counsel of record and to the following by First-Class Mail, postage prepaid, addressed to:

Tiffany Regina Ringer
2598 Grayton Loop
Villa Rica, GA 30180-6702
*Plaintiff Pro Se*

I further certify that I prepared this document in 14-point Times New Roman font and complied with the margin and type requirements of this Court.

*/s/ Ryan K. Buchanan*
Ryan K. Buchanan