UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIFFANY REGINA RINGER, | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | 1:25-CV-3959-SEG-JSA |
| BANK OF AMERICA, N.A., | |
| Defendant. | |

**O R D E R**

This case is before the Court on the Magistrate Judge's Non-Final Report and Recommendation ("R&R"). (Doc. 14.) The Magistrate Judge recommends the imposition of sanctions against Defendant's attorney, Danny Patterson, Jr. of the McGuireWoods LLP law firm, for negligently submitting inaccurate citations to the Court. No objections have been filed in response to the Magistrate Judge's R&R. In accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's R&R for clear error and finds none.

The Court hereby **ADOPTS** the Magistrate Judge's R&R. (Doc. 14.) Pursuant to Federal Rule of Civil Procedure 11(c) and the Magistrate Judge's recommendations, the Court issues the following sanctions for negligently submitting inaccurate citations to the Court:

1. The Magistrate Judge's findings, naming Mr. Patterson and his law firm (Doc. 14), shall be accessible on the Court's public docket. Additionally, the Court **DIRECTS** the Clerk to send this order and the Magistrate Judge's Order and Report and Recommendation of December 4, 2025, for submission to the official case reporter. This step adds general deterrent value and ensures that future litigants, courts, and bar authorities have access to this information.

2. The Court **DIRECTS** Mr. Patterson, within 21 days of this order, to pay the amount of $1,500 to the registry of the Court. Any check should include in the memo field a reference to the docket number of this case and the document number of this order. This penalty adds deterrent value and is a partial remedy for the taxpayer resources that have been expended by the Court in addressing this matter.

3. Should Mr. Patterson remain on this case, supervisory counsel must maintain an appearance and co-sign all papers in this case. Further, to the extent not already provided, an experienced paralegal or legal assistant must be provided to Mr. Patterson to cite check all legal and factual citations in all submissions in this case. This requirement is to assure the parties and the Court that Defendant's filings have an appropriate basis in law and fact.

After the issuance of the R&R, and in conformance with the Magistrate Judge's order, the McGuireWoods LLP law firm filed a response to the R&R along with the sworn declaration of the firm's managing partner, J. Tracy Walker IV. (Doc. 19, Doc. 19-1.) In his declaration, Mr. Walker describes the circumstances that led to the citation errors and the comprehensive measures his firm has undertaken to prevent recurrence of such errors. The Court notes and appreciates the candor and professionalism with which Mr. Walker, Mr.

Patterson, and the firm have responded to the events discussed in the R&R. It is evident from the declarations that the matter has been taken seriously and that there are procedures in place to reasonably ensure accurate factual and legal citations in submissions to the Court going forward. Having consulted with the Magistrate Judge and with his agreement, the undersigned is satisfied that no further actions are warranted other than as expressed herein.

**SO ORDERED** this 30th day of December, 2025.

_____
SARAH E. GERAGHTY
United States District Judge

3