UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIFFANY REGINA RINGER, Plaintiff, v. BANK OF AMERICA, N.A., Defendant. | CIVIL ACTION NO. 1:25-CV-3959-SEG-JSA |

# **O R D E R**

This case is before the Court on the Magistrate Judge's Non-Final Report and Recommendation ("R&R"). (Doc. 15.) The Magistrate Judge recommends that Defendant's motion to dismiss (Doc. 2) be granted for Plaintiff's failure to state a claim under Federal Rule of Civil Procedure 12(b)(6) and that this case be dismissed. No objections have been filed in response to the Magistrate Judge's R&R. In accordance with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Magistrate Judge's R&R for clear error and finds none.

The Court hereby **ADOPTS** the Magistrate Judge's R&R. (Doc. 15.) Defendant's motion to dismiss is **GRANTED** (Doc. 2), and this case is **DISMISSED**. The Court **DIRECTS** the Clerk to **CLOSE** this case.[1]

**SO ORDERED** this 31st day of December, 2025.

*[signature: Sarah E. Geraghty]*

SARAH E. GERAGHTY
United States District Judge

---

[1] The Magistrate Judge issued a separate Order and Non-Final Report and Recommendation relating solely to ancillary issues of defense counsel's conduct. (Doc. 14.) That matter has no impact on the merits of Plaintiff's complaint or Defendant's motion to dismiss.